IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSE BACA,

      Plaintiff,

vs.                                                         Civ. No. 97-1270 LH/WWD

WAL-MART STORES, INC.,

      Defendant.

## MEMORANDUM OPINION

This matter comes before the Court upon "Plaintiff's Motion to Vacate the August 31st Jury Trial Setting on Grounds that Wal-Mart Has Violated the Disclosure Rules and Withheld and Delayed Critical and Essential Discovery to Plaintiff's Case".  By a minute order entered September 1, 1998, the trial setting in question was vacated "due to the Court's calendar."  By an order I entered August 27, 1998, Wal-Mart was directed to make available to the Plaintiff "the Wal-Mart risk management manual for inspection and copying of any portions, with the copying to be at Plaintiff's expense."  Further discovery has not been ordered at this time.  The instant motion has no certificate of service, and apparently was sent directly to the trial judge.  It does not appear to have been docketed.  No further ruling is necessary.

                                                             UNITED STATES MAGISTRATE JUDGE